IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

LINDA PATE                          )
                                    )
v.                                  )          CV 213-166
                                    )
WINN-DIXIE STORES, INC.             )

## ORDER

On March 18, 2015 the Court held a settlement conference and the above captioned

case settled all claims.

Accordingly, the Court directs the Clerk to **ADMINISTRATIVELY CLOSE** this

action. See Heape v. Flanagan, CV607-12, 2008 WL 2439736 (S.D. Ga. June 9, 2008).

Within sixty (60) days of the date this order is entered, the parties may present a

dismissal judgment, pursuant to Federal Rule of Civil Procedure 41(a)(2), incorporating the

terms of the parties' settlement, so the Court may retain jurisdiction to enforce the agreement.

If the parties elect not to file a dismissal judgment as described above, the Court will dismiss

the case with prejudice. Kokkonen v. Guardian Life Ins. Co. of Am., 511 U.S. 375, 381-82

(1994).

**SO ORDERED**, this 24 day of March, 2014.

                    LISA GODBEY WOOD, CHIEF JUDGE
                    UNITED STATES DISTRICT COURT
                    SOUTHERN DISTRICT OF GEORGIA